## Commonwealth *v.* Carter, Appellant.

Submitted September 10, 1973. *Joseph T. McGraw,* Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, and *William J. McDonald,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Chapman, Appellant.

Argued September 13, 1973. *Daniel H. Greene,* for appellant; *James Wilson,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.